### 41761. YORKER v. THE STATE.

NICHOLS, Presiding Judge. This case is controlled by the decision in *Veasey v. State,* ante.

*Judgment reversed. Hall and Deen, JJ., concur.*

SUBMITTED JANUARY 5, 1966—DECIDED FEBRUARY 23, 1966.

*Casey Thigpen,* for appellant.
*Thomas A. Hutcheson, Solicitor,* for appellee.